**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NELSON RODRIGUEZ, et al., | CASE NO. CV F 09-0218 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 16.) |
| CONTINENTAL CREDIT ASSOCIATION, INC., | |
| Defendant. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;
2. VACATES all pending matters, including the November 19, 2009 order to show cause hearing; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 17, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1